AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| State of Michigan et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:20-cv-04478-SK |
| DeVos et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of California.

Date: 07/08/2020

/s/ James F. Zahradka II
*Attorney's signature*

James F. Zahradka II, 196822
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
1515 Clay Street, Suite #2000
Oakland, CA 94612
*Address*

James.Zahradka@doj.ca.gov
*E-mail address*

(510) 879-1247
*Telephone number*

(510) 622-2270
*FAX number*