| | |
|---|---|
| 1 | XAVIER BECERRA<br>Attorney General of California |
| 2 | MICHAEL NEWMAN<br>Senior Assistant Attorney General |
| 3 | SARAH E. BELTON<br>Supervising Deputy Attorney General |
| 4 | REBEKAH A. FRETZ<br>JAMES F. ZAHRADKA II |
| 5 | GARRETT M. LINDSEY (SBN 293456)<br>Deputy Attorneys General |
| 6 | 300 South Spring Street, Suite 1702<br>Los Angeles, CA 90013 |
| 7 | Telephone: (213) 269-6402<br>E-mail: Garrett.Lindsey@doj.ca.gov |
| 8 | *Attorneys for Plaintiff State of California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF MICHIGAN, STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 3:20-cv-04478-SK<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS AND EXPEDITE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:        Hon. Sallie Kim<br>Trial Date:   None set<br>Action Filed: July 7, 2020 |

# INTRODUCTION

Pursuant to Civil Local Rule 7-11, Plaintiffs hereby move for relief from (1) the page limits applicable under Civil Local Rule 7-4(b), and (2) the briefing deadlines applicable under Civil Local Rule 7-3(a) and (c) for the Motion for Preliminary Injunction filed herewith.

# DISCUSSION

Concurrent with this filing, Plaintiffs are filing a Motion for Preliminary Injunction (PI Motion) seeking relief from Defendants' actions relating to the provision of equitable services to private school students using CARES Act funds. In light of the range and complexity of issues to be addressed and the number of parties, good cause exists to extend the page limits for the parties' briefs. Plaintiffs request that the Court allow them to file a motion not to exceed 30 pages, Defendants to file an opposition not to exceed 30 pages, and Plaintiffs to file a reply brief not to exceed 17 pages. Defendants have indicated their agreement with these proposed page limit modifications. *See* Lindsey Decl. ¶¶ 4, 5, 8 & Ex. L.

In light of the urgent need for the parties and other stakeholders to have clarity on the issues that are the subject of the PI Motion in a timely manner, good cause exists to expedite the briefing on the motion. Plaintiffs request that the Court allow Defendants' opposition to be filed no later than July 29, and Plaintiffs' reply to be filed no later than August 3. Defendants have indicated their agreement with this proposed schedule. *See* Lindsey Decl. ¶ 6, 8 & Ex. L.

Plaintiffs have sought to resolve these issues via stipulation with Defendants; however, due to the fact that counsel for Defendants has yet to appear in this matter, the parties were unable to do so in a timely fashion, necessitating this motion. *See* Lindsey Decl. ¶¶ 7, 8 & Ex. L at 1; Civil Local Rule 7-11(a).

1

Pls.' Unopposed Admin. Mot. re Page Limits and Briefing Schedule re Prelim. Inj. Briefing (3:20-cv-04478-SK)

| | | |
|---|---|---|
| 1 | Dated: July 17, 2020 | Respectfully Submitted, |
| 2 | | XAVIER BECERRA<br>Attorney General of California |
| 3 | | MICHAEL L. NEWMAN<br>Senior Assistant Attorney General |
| 4 | | SARAH E. BELTON<br>Supervising Deputy Attorney General |
| 5 | | |
| 6 | | */s/ Garrett Lindsey* |
| 7 | | GARRETT LINDSEY<br>JAMES F. ZAHRADKA II<br>REBEKAH A. FRETZ |
| 8 | | Deputy Attorneys General<br>*Attorneys for Plaintiff State of California* |
| 11 | | DANA NESSEL<br>Attorney General of Michigan |
| 12 | | FADWA A. HAMMOUD<br>Solicitor General |
| 13 | | TONI L. HARRIS*<br>NEIL GIOVANATTI* |
| 14 | | Assistant Attorneys General<br>*Attorneys for Plaintiff State of Michigan* |
| 15 | | **Appearing Pro Hac Vice* |

2

Pls.' Unopposed Admin. Mot. re Page Limits and Briefing Schedule re Prelim. Inj. Briefing (3:20-cv-04478-SK)