IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF MICHIGAN, STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 3:20-cv-04478-SK<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED APPLICABLE PAGE LIMITS AND EXPEDITE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:       Hon. Sallie Kim<br>Trial Date:  None set<br>Action Filed: July 7, 2020 |

1

Order re Pls.' Unopposed Admin. Mot. re Prelim. Inj. Briefing (3:20-cv-04478-SK)

1 On July 17, 2020, Plaintiffs filed an Administrative Motion to Exceed Applicable Page Limits and Expedite Briefing Schedule for Plaintiffs' Motion for Preliminary Injunction under N.D. Cal. Civil Local Rule 7-11. Plaintiffs request an additional 5 pages—or 30 pages total—for their preliminary injunction motion and Defendants' opposition, and an additional 2 pages for Plaintiffs' reply. The applicable rules (N.D. Cal. Civil Local Rules 7-2(b) & 7-3(a), (c)) would limit the preliminary injunction motion and opposition to 25 pages each, and the reply to 15 pages. Plaintiffs also request that briefing on the motion be expedited, with Defendants' opposition to be filed no later than July 29, and Plaintiffs' reply brief to be filed no later than August 3. Under the applicable rules (N.D. Cal. Civil Local Rules 7-3(a), (c)), the opposition would be due 14 days after Plaintiffs' motion is filed, and the reply 7 days after the opposition was due.

The Court has considered Plaintiffs' Administrative Motion to Exceed Applicable Page Limits and Expedite Briefing Schedule and documents filed therewith, and all of the papers on file in this action, and hereby GRANTS Plaintiff States' Administrative Motion.

Now, therefore, it is hereby ORDERED that:

Plaintiffs shall immediately file a Motion for Preliminary Injunction up to 30 pages in length on the docket. Further briefing on that motion shall proceed pursuant to the deadlines and page limits set forth above.

**IT IS SO ORDERED.**

Dated: July 20, 2020

_____
Hon. Sallie Kim
United States Magistrate Judge

2

Order re Pls.' Unopposed Admin. Mot. re Prelim. Inj. Briefing (3:20-cv-04478-SK)