AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| STATE OF MICHIGAN, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:20-cv-04478-JD |
| ELISABETH D. DEVOS, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Proposed Amicus Curiae Party, The Council of the Great City Schools                    .

Date:  07/24/2020

/s/ Donald J. Mizerk
*Attorney's signature*

Donald J. Mizerk (CA Bar No. 208477)
*Printed name and bar number*
Husch Blackwell LLP
120 South Riverside Plaza
Suite 2200
Chicago, Illinois  60606

*Address*

don.mizerk@huschblackwell.com
*E-mail address*

(312) 526-1538
*Telephone number*

(312) 655-1501
*FAX number*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 24th day of July 2020, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.

/s/      Donald J. Mizerk