HUSCH BLACKWELL LLP
Donald J. Mizerk Esq., (CA Bar No. 208477)
John W. Borkowski (IL Bar No. 6320147)(*pro hac pending*)
120 South Riverside Plaza, Suite 2200
Chicago, Illinois  60606
Phone:  (312) 526-1538
Fax:  (312) 655-1501
don.mizerk@huschblackwell.com

Attorneys for Amicus Curiae
COUNCIL OF THE GREAT CITY SCHOOLS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF MICHIGAN, STATE OF CALIFORNIA, DISTRICT OF COLUMBIA, STATE OF MAINE, STATE OF MARYLAND, STATE OF NEW MEXICO, STATE OF WISCONSIN, THE BOARD OF EDUCATION FOR THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, BOARD OF EDUCATION FOR THE CITY OF CHICAGO, CLEVELAND MUNICIPAL SCHOOL DISTRICT, AND SAN FRANCISCO UNIFIED SCHOOL DISTRICT,<br><br>                               Plaintiffs,<br><br>v.<br><br>**ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>                               Defendants. | Civil Case No.3:20-cv-04478-JD<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE COUNCIL OF THE GREAT CITY SCHOOLS' REQUEST FOR LEAVE TO FILE AMICUS CURIAE BREIF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND IN EXCESS APPLICABLE PAGE LIMITATIONS**<br><br><br>Judge: Hon. James Donato<br>Trial Date:  None set<br>Action Filed: July 7, 2020 |

On July 24, 2020 *amicus curiae* Council of the Great City Schools ("Council") filed a Motion for Leave to File Amicus Brief which included an administrative request to exceed

applicable page limits under N.D. Cal. Civil Local Rules 7-4(b) and this Court's Standing Order for Civil Cases Before Judge James Donato. The Council requests an additional 10 pages—or 25 pages total—for its brief. The applicable Local Rule and Standing Order would limit the brief to 15 pages.

The Court has considered the Council's request to exceed applicable page limits and hereby GRANTS *amicus curiae*'s requests.

Now, therefore, it is ORDERED that:

*Amicus curiae* Council of the Great City Schools shall be granted leave to file its amicus brief up to 25 pages in length on the docket.

**IT IS SO ORDERED**

Dated: _____

_____
Hon. James Donato
District Judge