1  XAVIER BECERRA
   Attorney General of California
2  MICHAEL NEWMAN
   Senior Assistant Attorney General
3  SARAH E. BELTON
   Supervising Deputy Attorney General
4  REBEKAH A. FRETZ
   JAMES F. ZAHRADKA II
5  GARRETT M. LINDSEY (SBN 293456)
   Deputy Attorneys General
6   300 South Spring Street, Suite 1702
    Los Angeles, CA 90013
7   Telephone: (213) 269-6402
    E-mail: Garrett.Lindsey@doj.ca.gov
8  *Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendants. | Case No. 3:20-cv-04478-JD <br><br> **PLAINTIFFS' RENOTICE OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: September 3, 2020 <br> Time: 10:00 AM <br> Judge: Hon. James Donato <br> Trial Date: None set <br> Action Filed: July 7, 2020 |

1

Pls.' Re-Notice of Mot. for Prelim. Inj. (3:20-cv-4478-JD)

**RENOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Plaintiffs hereby move the Court under Federal Rule of Civil Procedure 65 for entry of a preliminary injunction prohibiting Defendants from imposing or enforcing an equitable services requirement under Section 18005 of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act or Act) in a manner not wholly and explicitly described by Section 1117 of the Elementary and Secondary Education Act of 1965 (ESEA). This motion is based on this Re-Notice of Motion, the previously filed Notice of Motion and Motion (ECF No. 35), the Memorandum of Points and Authorities (ECF No. 35), the accompanying declarations (ECF No. 35-2) and Request for Judicial Notice (RJN) (ECF No. 35-3), as well as the papers, evidence and records on file, and any other written or oral evidence or arguments as may be presented.

The hearing has been reset for September 3rd, 2020 at 10am before the Honorable Judge James Donato in the United States District for the Northern District of California. Plaintiffs and Defendants will file a joint stipulation to request a change to this hearing date immediately.

Dated: July 29, 2020

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
MICHAEL L. NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General

/s/ Garrett Lindsey

GARRETT LINDSEY
JAMES F. ZAHRADKA II
REBEKAH A. FRETZ
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

DANA NESSEL
Attorney General of Michigan
FADWA A. HAMMOUD
Solicitor General
TONI L. HARRIS*
NEIL GIOVANATTI*
Assistant Attorneys General
*Attorneys for Plaintiff State of Michigan*
*Appearing Pro Hac Vice

2

Pls.' Re-Notice of Mot. for Prelim. Inj. (3:20-cv-4478-JD)