XAVIER BECERRA
Attorney General of California
MICHAEL NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
REBEKAH A. FRETZ
JAMES F. ZAHRADKA II
GARRETT M. LINDSEY (SBN 293456)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6402
  E-mail: Garrett.Lindsey@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF MICHIGAN, STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 3:20-cv-04478-JD<br><br>**STIPULATION TO SET BRIEFING SCHEDULE AND SET HEARING FOR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:         Hon. James Donato<br>Trial Date:    None set<br>Action Filed: July 7, 2020 |

1

Stip. to Set Briefing Sched. and Set Hearing for Pls.' Mot. for Prelim. Inj. (3:20-cv-4478-JD)

1  Pursuant to Civil L.R. 6-2 and 7-12, the Plaintiffs and Defendants in the above-captioned
2  case stipulate and agree as follows:
3      1. On July 7, 2020, Plaintiffs filed a complaint in the above captioned matter (ECF No.
4  1). Between July 14 and July 16, counsel for Plaintiffs and Defendants met and conferred
5  regarding the briefing and hearing schedule for the motion for preliminary injunction that
6  Plaintiffs would seek. On July 17, Plaintiffs filed a first amended complaint (ECF No. 24) and an
7  administrative order seeking to set the agreed-upon briefing schedule (ECF No. 25), with the
8  motion for preliminary injunction attached.
9      2. On July 20, pursuant to that administrative order, the Court ordered the parties to
10  proceed via an expedited briefing schedule (ECF No. 30), wherein the opposition to the
11  preliminary injunction would be filed on July 29, and the reply would be filed on August 3.
12      3. On July 22, the matter was reassigned to the Honorable Judge James Donato. (ECF
13  No. 38)
14      4. On July 24, counsel for the parties met and conferred to discuss the timing of the
15  hearing in light of the reassignment of the matter. Plaintiffs and Defendants discussed requesting
16  that the court hear the matter on August 6 or shortly thereafter.
17      5. On July 28, the parties met and conferred to discuss the briefing schedule, timing of
18  the hearing and other procedural issues. Counsel for Defendants requested that the required date
19  for filing the opposition brief be extended one day, from July 29 to July 30. Given that this
20  modification would correspondingly shorten Plaintiffs' time to file their reply brief, the parties
21  agreed to move the reply deadline from August 3 to August 5.
22      6. Accordingly, the parties jointly agree to extend the current briefing deadlines as
23  follows:

| Old Date | New Date | Document |
|---|---|---|
| ~~July 29~~ | July 30 | Defendants' Opposition to the Motion for Preliminary Injunction |
| ~~August 3~~ | August 5 | Plaintiffs' Reply in Support of the Motion for Preliminary Injunction |

7. Given the fast-approaching beginning of the school year, the parties agree the motion for preliminary injunction should be heard as expeditiously as is reasonable, in order to provide clarity to the parties regarding the permissible use of the emergency coronavirus relief funding at issue in the matter. Pursuant to Local Rule 6-2(a), undersigned counsel for Plaintiffs has submitted a declaration in support of this stipulation.

8. Following judicial reassignment, Plaintiffs are required to renotice the motion for preliminary injunction. Immediately prior to filing this stipulation, Plaintiffs renoticed the motion for preliminary injunction and set a hearing date of September 3, 2020, more than 35 days following the notice as required by L.R. 7-2(a).

9. The parties agree that the motion should be heard on an expedited basis, and request that the motion hearing be scheduled on Friday, August 7, 2020 or any day during the week of August 10, 2020, at the convenience of the Court.

THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between counsel for parties that:

(1) Defendants' Opposition to the Motion for Preliminary Injunction shall be filed on July 30, 2020;

(2) Plaintiffs' Reply in Support of the Motion for Preliminary Injunction shall be filed on August 5, 2020; and

(3) Plaintiffs and Defendants request the Court set the motion hearing for Plaintiffs' Motion for Preliminary Injunction on August 7, 2020 or any date on or between August 10, 2020 and August 14, 2020.

| | |
|---|---|
| Dated: July 29, 2020 | IT IS SO STIPULATED. |
| By: */s/ Garrett Lindsey* | |
| XAVIER BECERRA<br>Attorney General of California<br>MICHAEL NEWMAN<br>Senior Assistant Attorney General<br>SARAH E. BELTON<br>Supervising Deputy Attorney General<br>GARRETT LINDSEY<br>JAMES F. ZAHRADKA II<br>REBEKAH A. FRETZ<br>Deputy Attorneys General<br>*Attorneys for Plaintiff State of California* | ETHAN P. DAVIS<br>Acting Assistant Attorney General<br>JENNIFER RICKETTS<br>Director, Federal Programs Branch<br>MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br>*/s/ Kate Talmor*<br>KATE TALMOR (Maryland Bar)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>1100 L Street, N.W.<br>Tel. (202) 616-8351<br>kate.talmor@usdoj.gov |
| By: */s/ Neil Giovanatti* | *Attorneys for Defendants* |
| DANA NESSEL<br>Attorney General of Michigan<br>FADWA A. HAMMOUD<br>Solicitor General<br>NEIL GIOVANATTI*<br>TONI L. HARRIS*<br>Assistant Attorneys General<br>*Attorneys for Plaintiff State of Michigan*<br>*\*Appearing Pro Hac Vice* | |

4

Stip. to Set Briefing Sched. and Set Hearing for Pls.' Mot. for Prelim. Inj. (3:20-cv-4478-JD)

## ATTESTATION OF SIGNATURES

I, Garrett M. Lindsey, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: July 29, 2020

/s/ Garrett M. Lindsey

GARRETT M. LINDSEY
Deputy Attorney General
*Attorney for State of California*

5

Stip. to Set Briefing Sched. and Set Hearing for Pls.' Mot. for Prelim. Inj. (3:20-cv-4478-JD)