Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

State of Michigan, et al.,

            Plaintiff(s),

v.

Elisabeth D. DeVos, et al.,

            Defendant(s).

Case No: 3:20-cv-4478-JD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Luke N. Berg, an active member in good standing of the bar of Wisconsin, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: (See attached list of parties represented) in the above-entitled action. My local co-counsel in this case is Mark W. Bucher, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 330 E. Kilbourn Ave., Suite 725<br>Milwaukee, WI 53202 | 18002 Irvine Blvd., Suite 108<br>Tustin, CA 92780-3321 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (414) 727-7361 | (714) 313-3706 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| luke@will-law.org | mark@calpolicycenter.org |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1095644.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 07/29/20

                                                Luke N. Berg
                                                  APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Luke N. Berg is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 7/30/2020

[DENIED stamp — Judge James Donato]

                                                UNITED STATES DISTRICT JUDGE    *October 2012*

PRO HAC VICE APPLICATION & ORDER

**\*\*Attorney Mark Bucher not listed as attorney of record in this case.\*\***