| | |
|---|---|
| XAVIER BECERRA<br>Attorney General of California<br>MICHAEL NEWMAN<br>Senior Assistant Attorney General<br>SARAH E. BELTON<br>Supervising Deputy Attorney General<br>REBEKAH A. FRETZ<br>JAMES F. ZAHRADKA II<br>GARRETT M. LINDSEY (SBN 293456)<br>Deputy Attorneys General<br>  300 South Spring Street, Suite 1702<br>  Los Angeles, CA 90013<br>  Telephone: (213) 269-6402<br>  E-mail: Garrett.Lindsey@doj.ca.gov<br>*Attorneys for Plaintiff State of California* | DANA NESSEL<br>Attorney General of Michigan<br>FADWA A. HAMMOUD<br>Solicitor General<br>TONI L. HARRIS*<br>NEIL GIOVANATTI*<br>Assistant Attorneys General<br>  P.O. Box 30758<br>  Lansing, MI 48909<br>  Telephone: (517) 335-7603<br>  E-mail: GiovanattiN@michigan.gov<br>*Attorneys for Plaintiff State of Michigan*<br>*\*Appearing Pro Hac Vice* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STATE OF MICHIGAN, STATE OF CALIFORNIA, et al.,<br><br>                              Plaintiffs,<br><br>     v.<br><br>ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>                              Defendants. | Case No. 3:20-cv-04478-JD<br><br>**SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:           October 15, 2020<br>Time:          10:00 AM<br>Judge:         Hon. James Donato<br>Trial Date:   None set<br>Action Filed: July 7, 2020 |

Plaintiffs State of Michigan, State of California, District of Columbia, State of Hawaii, State of Maine, State of Maryland, State of New Mexico, Commonwealth of Pennsylvania, State of Wisconsin, the Board of Education for the City School District of the City of New York, Board of Education for the City of Chicago, Cleveland Municipal School District Board of Education, and San Francisco Unified School District (Plaintiffs), and Defendants Secretary of Education Elisabeth D. DeVos and the United States Department of Education (Defendants) respectfully submit this Subsequent Joint Case Management Statement pursuant to Local Civil Rule 16-10(d), in advance of the case management conference set for October 15, 2020 at 10:00 a.m.

The parties incorporate their Joint Case Management Statement filed on September 10, 2020 (Doc. No. 84) herein, except as otherwise noted below where changes or progress occurred since the parties' previous statement.

**Updated Status of the Case**:

Joint Statement:

Defendants' counsel informed Plaintiffs' counsel on October 2, 2020 that Defendants will not appeal the preliminary injunction issued in this matter, and will not appeal the order vacating the interim final rule in *NAACP v. DeVos*, 20-cv-1996 (DDC). Both this Court and the DDC held that the IFR was issued without authority and contrary to law, in violation of the Administrative Procedure Act, 5 U.S.C. § 706(2)(A), (C).

Parties met and conferred on October 8, 2020, and parties are engaging in a discussion to reach an agreement which resolves this matter.

Plaintiffs' Statement: If this cannot be resolved through mutual agreement, Plaintiffs believe that the action can be resolved through a dispositive motion. Plaintiffs would seek a permanent injunction in line with the Court's previously issued preliminary injunction (Doc. No. 82).

Defendants' Statement: Defendants believe that Plaintiffs' challenge has been mooted by the government's decision not to appeal the DDC Court's vacatur of the IFR in *NAACP*. Defendants nonetheless believe that the parties should be able to come to agreement on next steps to resolve this case in advance of the October 15, 2020 conference.

| | |
|---|---|
| Dated: October 8, 2020 | Respectfully submitted, |
| By: /s/ Garrett Lindsey | JEFFREY CLARK<br>Acting Assistant Attorney General |
| XAVIER BECERRA<br>Attorney General of California<br>MICHAEL NEWMAN<br>Senior Assistant Attorney General<br>SARAH E. BELTON<br>Supervising Deputy Attorney General<br>GARRETT LINDSEY<br>JAMES F. ZAHRADKA II<br>REBEKAH A. FRETZ<br>Deputy Attorneys General<br>*Attorneys for Plaintiff State of California* | MARCIA BERMAN<br>Assistant Director, Federal Programs Branch<br><br>/s/ Kate Talmor<br>KATE TALMOR (Maryland Bar)<br>Trial Attorney<br>U.S. Department of Justice, Civil Division<br>1100 L St NW<br>Washington, DC<br>(202) 616-8351<br>kate.talmor@usdoj.gov |
| By: /s/ Neil Giovanatti | *Attorneys for Defendants* |
| DANA NESSEL<br>Attorney General of Michigan<br>FADWA A. HAMMOUD<br>Solicitor General<br>NEIL GIOVANATTI*<br>TONI L. HARRIS*<br>Assistant Attorneys General<br>*Attorneys for Plaintiff State of Michigan*<br>*Appearing Pro Hac Vice | |

# ATTESTATION OF SIGNATURES

I, Garrett M. Lindsey, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated: October 8, 2020

/s/ Garrett M. Lindsey

GARRETT M. LINDSEY
Deputy Attorney General
*Attorney for State of California*