| | |
|---|---|
| Xavier Becerra<br>Attorney General of California<br>Michael Newman<br>Senior Assistant Attorney General<br>Sarah E. Belton<br>Supervising Deputy Attorney General<br>Rebekah A. Fretz<br>James F. Zahradka II<br>Garrett M. Lindsey (SBN 293456)<br>Deputy Attorneys General<br> 300 South Spring Street, Suite 1702<br> Los Angeles, CA 90013<br> Telephone: (213) 269-6402<br> E-mail: Garrett.Lindsey@doj.ca.gov<br>*Attorneys for Plaintiff State of California* | Dana Nessel<br>Attorney General of Michigan<br>Fadwa A. Hammoud<br>Solicitor General<br>Toni L. Harris*<br>Neil Giovanatti*<br>Assistant Attorneys General<br> P.O. Box 30758<br> Lansing, MI 48909<br> Telephone: (517) 335-7603<br> E-mail: GiovanattiN@michigan.gov<br>*Attorneys for Plaintiff State of Michigan*<br>*\*Appearing Pro Hac Vice* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF MICHIGAN, STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Case No. 3:20-cv-04478-JD<br><br>**STIPULATION TO ENTER AN ORDER AND JUDGMENT GRANTING A PERMANENT INJUNCTION AND CLOSING THE CASE**<br><br>Date:<br>Time:<br>Judge:     Hon. James Donato<br>Trial Date:     None set<br>Action Filed: July 7, 2020 |

Plaintiffs State of Michigan, State of California, District of Columbia, State of Hawaii, State of Maine, State of Maryland, State of New Mexico, Commonwealth of Pennsylvania, State of Wisconsin, the Board of Education for the City School District of the City of New York, Board of Education for the City of Chicago, Cleveland Municipal School District Board of Education, and San Francisco Unified School District brought suit against Defendants Elisabeth D. DeVos, in her official capacity as the United States Secretary of Education, and the United States Department of Education (Department) alleging, among other contentions, that Defendants violated the Administrative Procedure Act by acting in excess of statutory authority, 5 U.S.C. § 706(2)(C), and/or not in accordance with law, 5 U.S.C. § 706(2)(A), by promulgating the interim final rule "CARES Act Programs; Equitable Services to Students and Teachers in Non-Public Schools," 85 Fed. Reg. 39479 (July 1, 2020) (Interim Final Rule), and by issuing a related guidance document on April 30, 2020 (Guidance).

Plaintiffs subsequently sought a preliminary injunction of enforcement of the Interim Final Rule and the Guidance. On August 26, 2020, this Court granted a preliminary injunction prohibiting Defendants from implementing or enforcing against Plaintiffs the Interim Final Rule and the Guidance. That injunction remains in place pending further order of the Court.

On September 25, 2020, Secretary DeVos issued a letter stating that the Department would "enforce the law as the courts have opined" and "will not appeal the [courts'] rulings" in this case and in other cases filed throughout the country challenging the Guidance and the Interim Final Rule.[1]

On October 9, 2020, the Department issued a guidance document replacing the Guidance. This document acknowledges that this Court and two other courts "issued decisions conclud[ing] that an LEA must determine the proportional share available to provide equitable services to non-public school students and teachers in accordance with section 1117(a)(4)(A) of the Elementary and Secondary Education Act of 1965 (ESEA)."[2]

---

[1] https://oese.ed.gov/files/2020/09/Secretary-DeVos-Letter-to-Chief-State-School-Officers-09-25-2020.pdf.
[2] https://oese.ed.gov/files/2020/10/Providing-Equitable-Services-under-the-CARES-Act-Programs-Update-10-9-2020.pdf.

Therefore, Plaintiffs and Defendants, having been represented by counsel and acting by and through such counsel, hereby stipulate and consent to the entry of a permanent injunction as follows:

1. As to all Plaintiffs and any local or state education agency, school district, or public school located within the geographical boundaries of any Plaintiff (collectively, Plaintiff Parties), the United States Department of Education, Secretary DeVos, and their officers, agents, employees, attorneys, and any person acting in concert with them, or at their behest, are permanently enjoined from:

    a. Enforcing or implementing the provisions in the April 30, 2020 Guidance and the Interim Final Rule, 85 Fed. Reg. 39479 (July 1, 2020), regarding the proportional-share calculation to be used for CARES Act funds for the provision of equitable services to students and teachers in non-public schools under Section 18005 of the CARES Act;

    b. Taking any action inconsistent with calculating the proportional share in accordance with Section 1117(a)(4)(A) of the ESEA, for the provision of equitable services to students and teachers in non-public schools under Section 18005 of the CARES Act;

    c. Taking any action enforcing or implementing a requirement that funds provided under Section 18002 or 18003 of the CARES Act supplement, not supplant, other sources of funding or expenditures;

    d. Taking any action enforcing or implementing a restriction on the use of funds provided under Section 18002 or 18003 of the CARES Act based on whether a public school participates or is eligible to participate in a program under Title I, Part A of the ESEA; and

    e. Enforcing or implementing any penalty or taking any other adverse action, including the withholding, termination, suspension, or recovery of funds, against a Plaintiff Party arising out of actions that a Plaintiff Party initiated before the preliminary injunction order, dated August 26, 2020, taken in

reliance on the April 30, 2020 Guidance or the Interim Final Rule, 85 Fed. Reg. 39479 (July 1, 2020).

2. This stipulation is contingent on this Court retaining jurisdiction to enforce this permanent injunction as to any of the Plaintiff Parties.

3. Defendants also stipulate to waiving any rights they might have to seek reconsideration of and/or appeal the preliminary injunction and the permanent injunction issued pursuant to this stipulation.

Dated: November 6, 2020

By: /s/ Garrett Lindsey

XAVIER BECERRA
Attorney General of California
MICHAEL NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
GARRETT LINDSEY
JAMES F. ZAHRADKA II
REBEKAH A. FRETZ
Deputy Attorneys General
*Attorneys for Plaintiff State of California*

By: /s/ Neil Giovanatti

DANA NESSEL
Attorney General of Michigan
FADWA A. HAMMOUD
Solicitor General
NEIL GIOVANATTI*
TONI L. HARRIS*
Assistant Attorneys General
*Attorneys for Plaintiff State of Michigan*
*Appearing Pro Hac Vice*

Respectfully submitted,

JEFFREY CLARK
Acting Assistant Attorney General
MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/ Kate Talmor
KATE TALMOR (Maryland Bar)
Trial Attorney
U.S. Department of Justice, Civil Division
1100 L St NW
Washington, DC
(202) 616-8351
kate.talmor@usdoj.gov

*Attorneys for Defendants*

**ATTESTATION OF SIGNATURES**

I, Garrett M. Lindsey, hereby attest, pursuant to Local Civil Rule 5-1(i)(3) of the Northern District of California that concurrence in the filing of this document has been obtained from each signatory hereto.

Dated:  November 6, 2020    */s/ Garrett M. Lindsey*

GARRETT M. LINDSEY
Deputy Attorney General
*Attorney for State of California*