UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF MICHIGAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BETSY DEVOS, et al., <br><br> Defendants. | Case No. 3:20-cv-04478-JD <br><br> **JUDGMENT** |

At the parties' joint request, Dkt. No. 90, and pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment in favor of all plaintiffs.

**IT IS SO ORDERED.**

Dated: November 11, 2020

_____
JAMES DONATO
United States District Judge